UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:14-CV-709-M
*Electronically Filed*

Chris Meinhart, Administrator of the Estate of                    PLAINTIFF
Clydia Sue Yeary, Deceased

v.

GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter-Hillcreek;        DEFENDANT

## NOTICE OF REMOVAL

Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek (hereinafter "GLC-Hillcreek"), hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Chris Meinhart v. GGNSC Louisville Hillcreek, LLC a/k/a Golden LivingCenter – Hillcreek, et al.,* Case No. 14-CI-04904, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for its removal of the Action, GLC-Hillcreek states:

1.      On September 22, 2014, Chris Meinhart ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Case No. 14-CI-04904. GLC-Hillcreek was served with a summons and a copy of a Complaint on September 30, 2014, through their agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

2.      Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 14-CI-04904, a citizen of the Commonwealth of Kentucky.

1

3.      GLC-Hillcreek at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 14-CI-04904, was a Delaware limited liability company with its principal place of business in Plano, Texas, and none of its members are citizens of Kentucky.

4.      This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a).  This is an action between citizens of different states.

5.      Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs. The Complaint alleges that Ms. Yeary was a resident for over three years, underwent a surgery and a subsequent amputation and seeks all medical expenses, pain and suffering, punitive damages and attorney fees.

7.      This Notice of Removal is filed within thirty (30) days after GLC-Hillcreek, received a copy of Plaintiff's Complaint on September 30, 2014, as required by 28 U.S.C. 1446(b).

8.      A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon counsel of record.

6382262v.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23rd, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Mat A. Slechter
Slechter Law Firm, PLLC
2507 Bush Ridge Drive, Suite A
Louisville, Kentucky 40245
mat@kytrialfirm.com

/s/ Marcia L. Pearson
Marcia L. Pearson
marcia.pearson@wilsonelser.com
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995

*Counsel for Defendant*

3

6382262v.1