| | | | |
|---|---|---|---|
| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | <br>**CIVIL SUMMONS** | Case No: **14CI04904**<br>Court  ☑ Circuit  ☐ District<br>County  Jefferson |

**PLAINTIFF**

JEFFERSON CIRCUIT COURT
DIVISION TWELVE (12)

CHRIS MEINHART, Administrator of the Estate of CLYDIA SUE YEARY, Deceased

Meinhart, Smith & Manning, PLLC

222 East Witherspoon St., Ste 401

Louisville                Kentucky            40202

**VS.:**

**DEFENDANT**

GGNSC LOUISVILLE HILLCREEK, LLC, d/b/a Golden Living Center-Hillcreek

3116 Breckenridge Lane

Louisville                Kentucky            40220

**Service of Process Agent for Defendant:**

Serve: CSC-Lawyers Incorporating Service Company

421 West Main Street

Frankfort                                  Kentucky          40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: **SEP 22 2014**

DAVID L. NICHOLSON, CLERK _____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____

_____ Title

NO. **14CI04904**  JEFFERSON CIRCUIT COURT
                    DIVISION _____

CHRIS MEINHART, Administrator of                              PLAINTIFF
the Estate of CLYDIA SUE YEARY, Deceased
Meinhart, Smith & Manning, PLLC                        JEFFERSON CIRCUIT COURT
222 East Witherspoon St., Ste. 401                       DIVISION TWELVE (12)
Louisville, Kentucky 40202

vs.                             **COMPLAINT**

GGNSC LOUISVILLE HILLCREEK, LLC                              DEFENDANT
d/b/a GOLDEN LIVING CENTER - HILLCREEK
3116 Breckenridge Lane
Louisville, KY 40220

    Serve: CSC-Lawyers Incorporating Service Company
           421 West Main Street
           Frankfort, KY 40601

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Chris Meinhart, Jefferson County Public Administrator and Administrator of the Estate of Clydia Sue Yeary, deceased, by counsel, and for his cause of action against the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek, states as follows:

    1.    On November 12, 2013, Chris Meinhart, Jefferson County Public Administrator, by order of the Jefferson District Court, Probate Division, was qualified and appointed as Administrator of the Estate of Clydia Sue Yeary, who died on October 10, 2012.

    2.    At all times referenced herein, Plaintiff is a resident of Louisville, Jefferson County, Kentucky, and Plaintiff's decedent was a resident of Louisville, Jefferson County, Kentucky.

    3.    Clydia Sue Yeary was, at all times mentioned herein, a person eighteen (18) years of age or older who, because of mental or physical dysfunctioning, was unable to manage her own resources, carry out the activities of daily living, or protect herself from neglect, exploitation, or a

hazardous or abusive situation without assistance from others, and who may have been in need of protective services, and was therefore an "adult" as that term is defined in KRS 209.020.

4. At all times material hereto, the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek, is a foreign limited liability company with a principal business address in Louisville, Jefferson County, Kentucky that transacts business in the Commonwealth of Kentucky where it has designated a registered agent for service of process.

5. At all times pertinent hereto, the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek, owned, operated, supervised and maintained a nursing facility commonly known as the Golden Living Center - Hillcreek, located at 3116 Breckenridge Lane, Louisville, Kentucky 40220, which held itself out to the public, and more particularly to Plaintiff's decedent, Clydia Sue Yeary, to be a skilled nursing facility.

6. Upon information and belief, Plaintiff's decedent, Clydia Sue Yeary, was admitted as a patient in residence at the facility commonly known as the Golden Living Center – Hillcreek, on multiple occasions beginning on May 26, 2009. At all times material hereto, Clydia Sue Yeary was documented to have certain medical conditions including, but not limited to, dementia, syncope, cerebrovascular disease, incontinence and physical mobility impairment that placed her at a high risk for falls. At all times mentioned herein, the Defendant, by and through its agents and employees, was aware of Clydia Sue Yeary's significant limitations and high fall risk, and documented her as requiring total staff assistance with activities of daily living and two-person assistance with bed mobility and transfers.

## COUNT I - NEGLIGENCE

7. The Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek, by and through its agents, servants and employees, deviated from the generally accepted standard of care in its treatment of Clydia Sue Yeary. In particular, the Defendant negligently and carelessly failed to implement appropriate fall precautions, failed to adequately inform and train staff in regard to Ms. Yeary's care needs, failed to provide appropriate monitoring and supervision, failed to provide adequate staff to assist with diaper and bedding changes, failed to monitor Ms. Yeary's blood sugar, failed to employ appropriate infection controls, and failed to notify physicians in timely fashion of harmful changes in Ms. Yeary's medical condition, among other acts and omissions constituting negligence.

8. As the direct and proximate results of the negligence and carelessness of the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek, Clydia Sue Yeary fell out of bed on July 10, 2012 while having her diaper changed by a single staff person; suffered grievous bodily injury, including but not limited to a closed head injury, and fractured right femur, nose and left orbital bone; became dehydrated; suffered critically low blood sugar levels; contracted an infection over her right leg surgical site; suffered the amputation of her right leg; incurred medical expenses; and endured great pain and suffering of body and mind until her death on October 10, 2012.

## COUNT II – STATUTORY VIOLATIONS

9. The Defendant, by and through its agents and employees, is strictly liable for the injuries, damages and loss to the Estate of Clydia Sue Yeary, insofar as it breached the following affirmative duties:

3

A.  The Defendant failed to ensure Clydia Sue Yeary's right to a safe living environment as required by KRS 209.010 et seq. and KRS 216.510, et seq.

B.  The Defendant failed to ensure Clydia Sue Yeary's right to be treated at all times with courtesy, respect and full recognition of his dignity and individuality as required by KRS 216.515.

C.  The Defendant committed neglect of an adult against Clydia Sye Yeary as prohibited by KRS 209.020(16) and KRS 209.990.

10.  As the direct and proximate results of the Defendant's multiple statutory violations, Clydia Sue Yeary fell out of bed on July 10, 2012 while having her diaper changed by a single staff person; suffered grievous bodily injury, including but not limited to a closed head injury, and fractured right femur, nose and left orbital bone; became dehydrated; suffered critically low blood sugar levels; contracted an infection over her right leg surgical site; suffered the amputation of her right leg; incurred medical expenses; and endured great pain and suffering of body and mind until her death on October 10, 2012.

## COUNT III – GROSS NEGLIGENCE

11.  At all times mentioned herein, the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center - Hillcreek , acted with a reckless and willful indifference to, or flagrant disregard for, Clydia Sue Yeary's health and safety.

12.  As the direct and proximate result of the Defendants' gross negligence, Clydia Sue Yeary fell out of bed on July 10, 2012 while having her diaper changed by a single staff person; suffered grievous bodily injury, including but not limited to a closed head injury, and fractured right femur, nose and left orbital bone; became dehydrated; suffered critically low blood sugar levels; contracted an infection over her right leg surgical site; suffered the amputation of her right

leg; incurred medical expenses; and endured great pain and suffering of body and mind until her death on October 10, 2012.

13. Plaintiff's damages exceed the minimum jurisdiction of the Jefferson Circuit Court.

WHEREFORE, the Plaintiff, Chris Meinhart, Administrator of the Estate of Clydia Sue Yeary, deceased, demands judgment against the Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden Living Center – Hillcreek, as follows:

1. Compensatory damages to fairly and reasonably compensate Plaintiff for the injuries, damages and loss to the Estate of Clydia Sue Yeary;

2. Punitive damages;

3. Attorney's fees;

4. Costs herein incurred;

5. Trial by jury; and

6. Any and all other relief to which Plaintiff may appear entitled.

Respectfully submitted,

SLECHTER LAW FIRM, PLLC

*[signature]*

MAT A. SLECHTER
2507 Bush Ridge Drive, Ste. A
Louisville, KY 40245
(502)384-7400
mat@kytrialfirm.com

5



**Slechter Law Firm, PLL**
*ATTORNEYS AT LAW*
2507 Bush Ridge Drive, Suite A • Louisville, KY 40

CERTIFIED MAIL

7012 3050 0002 2405 3592

US POSTAGE $05.90
Mailed From 40245
09/24/2014
031A 0002182355

GGNSC Louisville Hillcreek
CSC-Lawyers Incorporating Service Company
421 West Main Street
Frankfort, KY 40601